THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFFERY MICHAEL MOORE**                                                                                          **PLAINTIFF**

**v.**                          **Case No.  4:20-cv-00258-KGB**

**JAMES GIBSON,** *individually and in his*                                                              **DEFENDANTS**
*official capacity as a police officer for the*
*city of Vilonia Arkansas*

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Jeffery Michael Moore's complaint is dismissed (Dkt. Nos. 1; 40).  The relief sought is denied.

So adjudged this 31st day of March, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge