IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEFFREY MICHAEL MOORE                                    PLAINTIFF

v.                    No. 4:20-cv-258-DPM

JAMES GIBSON, Individually
and in his Official Capacity as a
Police Officer for the City of Vilonia                   DEFENDANT

## ORDER

The Court has reconsidered but concludes that Moore's motion presents no sufficient basis to revisit any of the issues previously decided. Motion, *Doc. 42*, denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 February 2023